**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE DEPOT INC., <br><br> Defendant. | C.A. No. 1:13-cv-00239 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> J.C. PENNEY COMPANY, INC., <br><br> Defendant. | C.A. No. 1:13-cv-00287 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> QVC INC., <br><br> Defendant. | C.A. No. 1:13-cv-00288 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> SEARS HOLDINGS COMPANY, <br><br> Defendant. | C.A. No. 1:13-cv-00289 LPS |

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>LIMITED BRANDS, INC.,<br><br>   Defendant. | C.A. No.  1:13-cv-00326 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>GAP INC.,<br><br>   Defendant. | C.A. No.  1:13-cv-00330 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA INC.,<br><br>   Defendant. | C.A. No.  1:13-cv-00331 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>   Plaintiff,<br><br> v.<br><br>COSTCO WHOLESALE CORP.,<br><br>   Defendant. | C.A. No.  1:13-cv-00404 LPS |

## INTERVENOR ADOBE SYSTEMS INCORPORATED'S
## RULE 12(B)(6) MOTION TO DISMISS COUNTERCLAIM

Intervenor Adobe Systems Incorporated respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing with prejudice Princeton Digital Image Corporation's counterclaim alleging breach of the implied covenant of good faith and fair dealing. The grounds for this Motion are more fully set forth in the Opening Brief in support of this Motion, filed contemporaneously herewith.

Dated: June 22, 2015

| | |
|---|---|
| Tara D. Elliott (#4483) | */s/ Kenneth L. Dorsney* |
| Tara.Elliott@wilmerhale.com | Kenneth L. Dorsney (#3726) |
| Rachel Weiner Cohen (*pro hac vice*) | MORRIS JAMES LLP |
| Rachel.Cohen@wilmerhale.com | 500 Delaware Avenue, Suite 1500 |
| WILMER CUTLER PICKERING | Wilmington, DE 19801 |
|   HALE AND DORR LLP | (302) 888-6800 |
| 1875 Pennsylvania Avenue N.W. | kdorsney@morrisjames.com |
| Washington, DC 20006 | |
| (202) 663-6000 | *Attorneys for Intervenor* |
| | *Adobe Systems Incorporated* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>OFFICE DEPOT INC.,<br><br>   Defendant. | C.A. No. 1:13-cv-00239 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>J.C. PENNEY COMPANY, INC.,<br><br>   Defendant. | C.A. No. 1:13-cv-00287 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>QVC INC.,<br><br>   Defendant. | C.A. No. 1:13-cv-00288 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>SEARS HOLDINGS COMPANY,<br><br>   Defendant. | C.A. No. 1:13-cv-00289 LPS |

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>LIMITED BRANDS, INC.,<br><br>            Defendant. | C.A. No.  1:13-cv-00326 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>GAP INC.,<br><br>            Defendant. | C.A. No.  1:13-cv-00330 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA INC.,<br><br>            Defendant. | C.A. No.  1:13-cv-00331 LPS |
| PRINCETON DIGITAL IMAGE CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>COSTCO WHOLESALE CORP.,<br><br>            Defendant. | C.A. No.  1:13-cv-00404 LPS |

## **ORDER**

IT IS HEREBY ORDERED, that Adobe Systems Incorporated's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) in the above-captioned patent infringement actions is GRANTED.  Princeton Digital Image Corporation's counterclaim against Adobe Systems Incorporated is DISMISSED WITH PREJUDICE.

This _____ day of _____, 2015

_____
United States District Court Judge